**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-6038**

UNITED STATES OF AMERICA,

              Plaintiff – Appellee,

       v.

ROBERT EARL GOINS, a/k/a Robert Earl,

              Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Florence.  R. Bryan Harwell, District Judge. (4:12-cr-00669-RBH-3)

Submitted:  April 4, 2016              Decided:  May 17, 2016

Before KING, WYNN, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robert Earl Goins, Appellant Pro Se. Arthur Bradley Parham, Assistant United States Attorney, Florence, South Carolina, Stanley D. Ragsdale, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Earl Goins appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. United States v. Goins, No. 4:12-cr-00669-RBH-3 (D.S.C. Dec. 29, 2015); see United States v. Brown, 653 F.3d 337, 340 (4th Cir. 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED